266

## Morris Resnick and Rose Resnick, Appellants, v. Ludwik Golik et al., Appellees.

### Gen. No. 44,164.

opinion
filed April 21, 1948; rehearing denied May 7, 1948; released for publication May 7, 1948. Ring, Uhlir & Cuchna, for appellants; Edward A. Sinden and Igor A. Kovac, for appellees. Opinion by JUSTICE BURKE. Not to be published in full.

## Anthony B. Mazurk, Appellee, v. Willam E. Murawska, Appellant.

### Gen. No. 44,203.